# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11-CV-266-MOC-DSC

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al.,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **THE BURROUGHS WELLCOME FUND, et. al.,** | ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice *Pro Hac Vice* [of David M. Zensky, Daniel H. Golden, Stephen M. Baldini, Angeline L. Koo, James P. Chou and Jason L. Goldsmith ]" (documents #11-16). For the reasons stated therein, the Motions are <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: June 13, 2011

David S. Cayer
United States Magistrate Judge