**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-266-MOC-DSC**

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **THE BURROUGHS WELLCOME FUND, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| | ) |
| | ) |

<u>ORDER</u>

**THIS MATTER** is before the Court on "Application for Admission to Practice *Pro Hac Vice* [of Matthew H. Farmer ]" (document #26). For the reasons stated therein, the Motion shall be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.                    Signed: July 14, 2011

_____
David S. Cayer
United States Magistrate Judge