# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11-CV-266-MOC-DSC

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| THE BURROUGHS WELLCOME FUND, et. al., | ) ) ) **ORDER** |
| Defendants. | ) ) ) ) ) ) |

**THIS MATTER** is before the Court on "Application for Admission to Practice *Pro Hac Vice* [of Mitchell Hurley]" (document #36). For the reasons stated therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: July 27, 2011

David S. Cayer
United States Magistrate Judge