IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-266-MOC-DSC

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et. al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE BURROUGHS WELLCOME FUND, et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on "Application for Special Admission [of Michael D. Carter]" (document #42). For the reasons stated therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: August 18, 2011

David S. Cayer
United States Magistrate Judge